AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Joseph D. Hall<br>12813 Maple Street<br>Silver spring, MD 20904<br><br>*Plaintiff(s)*<br>v.<br>Rockville Harley-Davidson, Inc.<br>dba Battley Harley-Davidson<br>7830 Airpark Road<br>Gaithersburg, MD 20850<br>*Defendant(s)* | Civil Action No. TDC 14-cv-3503 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rockville Harley-Davidson, Inc dba Battley Harley-Davidson
Resident Agent:
Stephen D. Weiss, Esquire
Suite 23A
932 Hungerford Drive
Rockville, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mitchell I. Batt
SULLIVAN TALBOTT & BATT
Suite #304
77 S. Washington Street
Rockville, MD 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___11/10/2014___

_____
*Deputy Clerk*